

ORDERED in the Southern District of Florida on *Feb. 19, 2010*



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

|  |  |
|---|---|
| In re: | CASE NO.   09-33071-BKC-RAM |
| | CHAPTER    7 |
| ANAYANSI BARBARA PEREZ, | |
| | |
| Debtor. | |

## ORDER VACATING DISCHARGE AND FINAL DECREE

The Court has reviewed Wolfgang Noack's and Reliance
Property Management, Inc.'s Motion for Rehearing of Order of
Discharge of Debtor and Final Decree and Alternative Motion to
Alter or Amend ("Motion for Rehearing") [CP# 62] and reviewed the
record in this case.  The movants seek reconsideration of this
Court's Discharge of Debtor [CP# 50] and Final Decree [CP# 51]
entered on January 31, 2010.  Movants argue that the discharge

should not have been issued since they timely filed an adversary complaint on January 22, 2010, Adv. No. 10-02118, which includes a count objecting to the Debtor's discharge. Movants are correct. Therefore, it is -

ORDERED as follows:

1.    The Motion for Rehearing is granted.

2.    The Discharge of Debtor [CP# 50] and Final Decree [CP# 51] are vacated.

###

COPIES TO:

Dorothy J. Harden, Esq.
88101 Overseas Highway
P.O. Box 370441
Islamorada, FL 33036

Robert Sanchez, Esq.
Drew Dillworth, Trustee

2